# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of February, two thousand twenty-six,

---

Liliana Del Cisne Rueda Torres,

        Petitioner - Appellee,

  v.

Kenneth Genalo, Kristi Noem, Pamela Bondi,

        Respondents - Appellants.

---

**ORDER**
Docket No. 26-115

Counsel for Appellant Kenneth Genalo, Kristi Noem, Pamela Bondi, has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 01, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellants' brief must be filed on or before May 01, 2026. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

